AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 06, 2024**

SEAN F. McAVOY, CLERK

BEVERLY P.,

*Plaintiff*

v.

MARTIN O'MALLEY,
Commissioner of Social Security

*Defendant*

Civil Action No. 4:23-CV-5114-WFN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order filed at ECF No. 16, the Commissioner's final decision is REVERSED IN PART and this case is REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g).
Plaintiff's motion for summary judgment, filed December 8, 2023, ECF No. 9, is GRANTED.
Defendant's motion to affirm, filed February 13, 2024, ECF No. 14, is DENIED.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Wm. Fremming Nielsen.

Date: 5/6/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza